UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HITACHI MEDICAL SYSTEMS AMERICA, INC., | ) ) ) | CASE NO. 5:09cv894 |
| Plaintiff, | ) ) | JUDGE JOHN R. ADAMS |
| vs. | ) ) ) | **DEFAULT JUDGMENT** |
| LIFESCAN DIAGNOSTIC IMAGING, P.C., et al., | ) ) ) | [Resolving Doc. 7] |
| Defendants. | ) | |

For good cause shown, this Court hereby grants Plaintiff Hitachi Medical Systems America, Inc.'s Motion for Default Judgment against Defendants Lifescan Diagnostic Imaging, P.C. and Garden State Magnetic Imagine, P.C., and enters judgment against Defendants as follows:

A. Against Defendant, Lifescan Diagnostic Imagine, P.C. in the amount of $153,427.20, plus interest, reasonable attorneys' fees, costs and expenses; and

B. Against Defendant Garden State Magnetic Imagine, P.C., in the amount of $322,800.16, plus interest, reasonable attorneys' fees, costs and expenses.

The Court hereby ORDERS that within thirty (30) days of the date of this Order, Plaintiff shall file an affidavit setting forth the basis for any demand of attorneys' fees, costs and expenses, which the Court shall consider in due course.

IT IS SO ORDERED.

DATED: June 30, 2009         */s/ John R. Adams*_____
                             Judge John R. Adams
                             UNITED STATES DISTRICT COURT